FILED
07 DEC -5 PM 3:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CR 3281 H

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| JAVIER SOTO-CASTRO, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about November 25, 2007, within the Southern District of California, defendant JAVIER SOTO-CASTRO did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.96 kilograms (26.31 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CPH:fer:Imperial
12/4/07

<u>Count 2</u>

On or about November 25, 2007, within the Southern District of California, defendant JAVIER SOTO-CASTRO did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.96 kilograms (26.31 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 5, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney