| | |
|---|---|
| 1 | **ROBERT H. REXRODE, III** |
| | California State Bar No. 230024 |
| 2 | 427 C Street, Suite 300 |
| | San Diego, California 92101 |
| 3 | Telephone: (619) 233-3169, ext. 13 |
| | Facsimile:  (619) 684-3553 |
| 4 | robert_rexrode@rexrodelawoffices.com |

Attorney for Mr. Javier Soto-Catro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE MARILYN L. HUFF**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr3281-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PROOF OF SERVICE |
| JAVIER SOTO-CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | _____ |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

day upon:

    Andrew Schopler, Assistant United States Attorney
    andrew.schopler@usdoj.gov efile.dkt.gc2@usdoj.gov

    Respectfully submitted,

    /s/    Robert H. Rexrode

Dated: January 7, 2008    **ROBERT H. REXRODE, III**
    Attorney for Defendant
    robert_rexrode@rexrodelawoffices.com