1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, Ext. 13
   Facsimile:  (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorney for Mr. Javier Soto-Castro
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                    (**HONORABLE MARILYN L. HUFF**)
10

11 UNITED STATES OF AMERICA,    )   CASE NO.   07cr3281-H
                                )
                   Plaintiff,   )   DATE:      March 17, 2008
12 v.                           )   TIME:      2:00 p.m.
                                )
13                              )   NOTICE OF MOTIONS:
   JAVIER SOTO-CASTRO,          )
14                              )   (1)   TO COMPEL DISCOVERY; AND,
                   Defendant.   )   (2)   FOR LEAVE TO FILE FURTHER
15                              )         MOTIONS.
   _____)   _____
16

17
   TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
18       ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY:

19       PLEASE TAKE NOTICE that on March 17, 2008, at 2:00 p.m., or as soon thereafter

20 as counsel may be heard, the defendant, Javier Soto-Castro, by and through his counsel,

21 Robert Rexrode, will ask this Court to enter an order granting the following motions.

22                                    **MOTIONS**

23       The defendant, Javier Soto-Castro, by and through his attorney, Robert Rexrode,

24 pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all

25 other applicable statutes, case law and local rules, hereby moves this Court for an order:

26
        1) to suppress statements;
27      2) to preserve and view evidence; and,
        3) for leave to file further motions.
28 //

1    These motions are based upon the instant motions and notice of motions, the attached
2 statement of facts and memorandum of points and authorities, and all other materials that
3 may come to this Court's attention at the time of the hearing on these motion.

                                                    Respectfully submitted,

                                                     /s/ Robert H. Rexrode
Dated: March 3, 2008                                **ROBERT H. REXRODE, III**
                                                    Attorney for Mr. Soto-Castro
                                                    robert_rexrode@rexrodelawoffices.com