**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Javier Soto-Catro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE MARILYN L. HUFF**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  07cr3281-H |
| Plaintiff, | |
| v. | |
| | PROOF OF SERVICE |
| JAVIER SOTO-CASTRO, | |
| Defendant. | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Andrew Schopler, Assistant United States Attorney
    andrew.schopler@usdoj.gov efile.dkt.gc2@usdoj.gov

Respectfully submitted,

/s/    Robert H. Rexrode
_____

Dated: March 3, 2008

**ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com