**ROBERT H. REXRODE**
California Bar No. 230024
427 C Street, Ste 300
San Diego, California 92101
Telephone No. (619) 233-3169
Facsimile No. (619) 684-3553

Attorney for **Javier Soto-Castro**

**ORIGINAL**



FILED
MAR 1 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>   Plaintiff,  <br>vs.  <br>JAVIER SOTO-CASTRO  <br>   Defendant. | CASE NO. 07CR3281-H  <br><br>**DECLARATION IN SUPPORT OF JAVIER SOTO-CASTRO'S MOTION TO SUPPRESS STATEMENTS** |

   Mr. Soto-Castro has filed motions to suppress statements. The attached declaration is in support of those motions

DATED:   March 17, 2008

Respectfully submitted,

ROBERT REXRODE.
Attorney for Javier Soto-Castro

