**ROBERT H. REXRODE**
California Bar No. 230024
427 C Street, Ste 300
San Diego, California 92101
Telephone No. (619) 233-3169
Facsimile No. (619) 684-3553

Attorney for **Javier Soto-Castro**

FILED
MAR 1 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    )<br>    Plaintiff,    )<br>v.    )<br>    )<br>JAVIER SOTO-CASTRO    )<br>    Defendant.    )<br>_____) | Case No. 07CR3281-H<br><br>DECLARATION OF JAVIER SOTO |

I, JAVIER SOTO-CASTRO, do hereby declare and state:

1. I am the defendant in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. On November 25, 2007, I drove to the Calexico West Port of Entry in Calexico, California.

3. The primary officer referred me to the secondary inspection lot.

- 1 -

4. I sat in the secondary inspection lot for approximately 30 minutes before another agent approached me.

5. This agent asked me to get out of the car I was in.

6. As I stood next to the car, a dog searched the car's exterior and interior.

7. The agent then told me to go into the secondary office.

8. In the secondary office, there were approximately four agents wearing uniforms.

9. Agents took my wallet, my jewelry, and then removed my belt and shoes.

10. An also "patted" me down.

11. There were a number agents in the area.

12. Agents then asked me questions.

13. I did not feel free to leave when agents asked me these questions.

DATED: March 17, 2008

_____
JAVIER SOTO-CASTRO
Declarant