| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | ANDREW G. SCHOPLER |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 236585 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone No.: (619) 557-5836 |
|   | Facsimile No.:  (619) 235-2757 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3281-H |
|    |                           | ) |
| 11 | Plaintiff,                | ) Date:  April 14, 2008 |
|    |                           | ) Time:  2:00 p.m. |
| 12 | v.                        | ) |
|    |                           | ) **JOINT MOTION TO CONTINUE** |
| 13 | JAVIER SOTO-CASTRO,       | ) |
|    |                           | ) |
| 14 | Defendant.                | ) |
|    | _____  | ) |

15

16   COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel

17   KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S.

18   Attorney, and the defendant, JAVIER SOTO-CASTRO, who is currently in custody, by and

19   through his attorney, ROBERT REXRODE ("Defendant"), Esq., and hereby jointly move that the

20   motion/evidentiary hearing be continued to **April 28, 2008 at 2:00 p.m.**  The parties also agree

21   that any delay resulting from this continuance shall be excluded, as there are pending motions on

22   file.

23           DATED: March 26, 2008                    Respectfully submitted,

24                                                   KAREN P. HEWITT
                                                     United States Attorney
25
                                                     /s/ *Andrew G. Schopler*
26                                                   ANDREW G. SCHOPLER
                                                     Assistant United States Attorney
27

28                                                   /s/ *Robert Rexrode*
                                                     ROBERT REXRODE
                                                     Counsel for Defendant

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3281-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JAVIER SOTO-CASTRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **JOINT MOTION TO CONTINUE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert Rexrode

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2008

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant United States Attorney