UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-cr-3281 H |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE** |
| **JAVIER SOTO-CASTRO,** | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing and trial setting conference presently scheduled for April 14, 2008 at 2:00 p.m. be continued to **April 28, 2008, at 2:00 p.m.** The defendant is currently in custody. The Court finds that time is excludable under the Speedy Trial Act due to valid pending motions.

DATED: March 27, 2008

**HONORABLE MARILYN L. HUFF**
United States District Court Judge