```
                                              FILED
                                         08 MAR 28 PM 3:56
                                         CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>            )<br>  Plaintiff,            )<br>            )<br>  v.            )<br>            )<br> JAVIER SOTO-CASTRO,            )<br>            )<br>  Defendant.            )<br>_____ ) | Criminal Case No. 07CR3281-H<br><br>Date:  April 14, 2008<br>Time:  2:00 p.m.<br><br>**ORDER TO CONTINUE** |

IT IS HEREBY ORDERED that, good cause having been shown, the motion/evidentiary hearing currently scheduled for April 14, 2008 at 2:00 p.m. in the above-entitled action is continued to **April 28, 2008 at 2:00 p.m.**  The Court finds that time is excludeable, pursuant to 18 U.S.C. § 3161(h)(1)(F), because there are pending pretrial motions on file.  The defendant is currently in custody.

DATED: 3/27/08

*Marilyn L. Huff*
Hon. MARILYN L. HUFF
United States District Judge

07CR3281-H