**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169, Ext. 13
Facsimile:  (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Javier Soto-Castro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE MARILYN L. HUFF**)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO.   07cr3281-H |
| ) | |
| Plaintiff,            ) | DATE:   July 21, 2008 |
| v.            ) | TIME:   9:00 a.m. |
| ) | |
| ) | NOTICE OF RESPONSE TO |
| JAVIER SOTO-CASTRO,            ) | GOVERNMENT'S MOTIONS IN LIMINE. |
| ) | _____ |
| Defendant.            ) | |
| ) | |
| _____) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that on July 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Javier Soto-Castro, by and through his counsel, Robert Rexrode, will ask this Court to consider this response to the government's motions in limine.

                                                                       Respectfully submitted,


                                                                       /s/ Robert H. Rexrode
Dated: July 15, 2008                                **ROBERT H. REXRODE, III**
                                                                       Attorney for Mr. Soto-Castro
                                                                       robert_rexrode@rexrodelawoffices.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28