1 **ROBERT H. REXRODE, III**
California State Bar No. 230024
2 427 C Street, Suite 300
San Diego, California  92101
3 Telephone:  (619) 233-3169, ext. 13
Facsimile:     (619) 684-3553
4 robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Javier Soto-Catro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE MARILYN L. HUFF**)

| UNITED STATES OF AMERICA, | ) | CASE NO.  07cr3281-H |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | PROOF OF SERVICE |
| JAVIER SOTO-CASTRO, | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Andrew Schopler, Assistant United States Attorney
    andrew.schopler@usdoj.gov efile.dkt.gc2@usdoj.gov

Respectfully submitted,

/s/    Robert H. Rexrode

Dated: July 15, 2008        **ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com