**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile:  (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Javier Soto-Catro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE MARILYN L. HUFF**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr3281-H |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | PROOF OF SERVICE |
| JAVIER SOTO-CASTRO, ) | |
| ) | |
| Defendant. ) | |
| ) | _____ |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

        Andrew Schopler, Assistant United States Attorney
        andrew.schopler@usdoj.gov efile.dkt.gc2@usdoj.gov

        Respectfully submitted,

        /s/   Robert H. Rexrode

Dated: July 16, 2008        **ROBERT H. REXRODE, III**
        Attorney for Defendant
        robert_rexrode@rexrodelawoffices.com